SAMUELS et al. v. BLOOM. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Heinrich Samuels and others against Henry Bloom. No opinion. Ap-

plication denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 189.